Nos. 242 and 243. PHILADELPHIA COMPANY ET AL. *v.* DIPPLE ET AL. February 10, 1941. Ordered that the opinion in these cases be amended as follows:

In the second full sentence on page 6 of the opinion, strike out the words "the corporate identity of the companies whose lines have gone into this system should be ignored and", and add after the word "business", and before the word "treated", the words "should be".

No. 705. UNITED STATES *v.* FLORIAN, EXECUTOR. ▮

February 17, 1941. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed for want of jurisdiction in the Circuit Court of Appeals because of the absence of a final judgment in the District Court. *Collins* v. *Miller,* 252 U. S. 364, 370–371; *Nyanza Co.* v. *Jahncke Dry Dock,* 264 U. S. 439. The cause is remanded to the District Court for a determination of the issues presented by the remaining counts, which the District Court by its order of June 27, 1940, as of October 23, 1939, reserved for disposition. *Solicitor General Biddle* for the United States.